**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No. 6:24−bk−02642−GER
                                                                        Chapter 13

Karlyle C Jones


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On May 28, 2024 the above named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court in person at the Court or by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Orlando cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−orlando@flmb.uscourts.gov
(Fax) 407−237−8005
U.S. Bankruptcy Court
400 West Washington Street
Suite 5100
Orlando, FL 32801

Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b) or filed an unsigned Chapter 13 Plan. Debtor must file a Debtor−signed Chapter 13 plan, using the Court's Model Chapter 13 Plan, within 14 days from the date the petition was filed, together with a certificate of service to all parties with an attached matrix, pursuant to Local Rule 7005−1. A link to the Court's Model Plan is available on the Court's website at http://www.flmb.uscourts.gov/procedures/documents/Chapter13Plan.pdf

Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.


|                              | FOR THE COURT |
| Dated: May 31, 2024          | Sheryl L. Loesch , Clerk of Court |
|                              | George C. Young Federal Courthouse |
|                              | 400 West Washington Street |
|                              | Suite 5100 |
|                              | Orlando, FL 32801 |

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.