**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**KARLYLE C. JONES**,

Case No. 6:24-bk-02642-GER
Chapter 13

Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby enters their appearance on behalf of, **NATIONSTAR MORTGAGE, LLC**, a secured creditor in connection with property located at *15038 Guava Bay Drive, Winter Green, FL 34787* with loan number ending in **6482** in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), requests that the following be added to the Court's master mailing list:

**Justin D. Plean, Esq.**
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
**1475 Centrepark Blvd., Suite 130**
**West Palm Beach, FL 33401**

Dated: June 3, 2024

Respectfully submitted,

*/s/ Justin D. Plean*
Justin D. Plean, Esq.
Florida Bar No. 113887
**Quintairos, Prieto, Wood & Boyer, P.A.**
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Phone: (561) 686-1880
Primary Email: justin.plean@qpwblaw.com

## CERTIFICATE OF SERVICE

I certify that I have caused to be served a copy of the foregoing Notice of Appearance and Request for Notice, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: June 3, 2024

/s/ *Justin D. Plean*
Justin D. Plean, Esq.
Florida Bar No. 113887

Copies Furnished To:

**Via CM/ECF:**

*Debtor's Counsel*
**Matthew R Gross, Esq.**
498 Palm Springs Drive, Suite 100
Altamonte Springs, FL 32701
Email: mrg@fresh-start.law

*U.S. Trustee*
**United States Trustee – ORL 7/13, 7**
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
Email: USTP.Region21.OR.ECF@usdoj.gov

*Trustee*
**Laurie K. Weatherford**
P.O. Box 3450
Winter Park, FL 32790
Email: ecfdailysummary@c13orl.com

**Via U.S. Mail:**

*Debtor*
**Karlyle C. Jones**
15038 Guava Bay Drive
Winter Garden, FL 34787