UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  Bankr. Case No. 24-02642-GER

Karlyle C Jones  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  Bankr. Case No. 24-02642-GER

Karlyle C Jones  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 10, 2024 :

| | |
|---|---|
| Matthew R Gross<br>498 Palm Springs Drive Suite 100<br>Altamonte Springs, FL 32701 | Laurie Weatherford<br>PO Box 3450<br>Winter Park, Fl 32790 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx24873 / 1093357