| Filing Date | 5/28/2024 | | | Jones | 24-02642 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st Pmt Date | 6/27/2024 | | | | 10.0% | | Attorney | | Monitoring | | NationStar | | NationStar | | GM Financial |
| | $77,948.00 | | Debtor Pmt | Tee Fee | | | Fee | | Fee | | 15038 Guava Bay | | Arrearage | | 2020 Chevrolet |
| **Plan Term** | 60 | | 60 | | | | $2,500.00 | | $2,700.00 | | Ongoing | | $9,000.00 @ 6.5% | | $16,000.00 @ 10.5% |
| 6/27/2024 | 1 | $0.00 | | $3,700.00 | $370.00 | | 605.58 | | | | 2,200.00 | | 176.00 | | 348.42 |
| 7/27/2024 | 2 | $0.00 | | $3,700.00 | $370.00 | | 605.58 | | | | 2,200.00 | | 176.00 | | 348.42 |
| 8/27/2024 | 3 | $0.00 | | $3,700.00 | $370.00 | | 605.58 | | | | 2,200.00 | | 176.00 | | 348.42 |
| 9/27/2024 | 4 | $0.00 | | $3,700.00 | $370.00 | 4 at | 605.58 | | | | 2,200.00 | 4 at | 176.00 | | 348.42 |
| 10/27/2024 | 5 | $0.00 | | $3,700.00 | $370.00 | 1 at | 77.68 | | | | 2,200.00 | 1 at | 703.90 | | 348.42 |
| 11/27/2024 | 6 | $0.00 | | $3,700.00 | $370.00 | | | 6 at | | | 2,200.00 | 1 at | 781.58 | | 348.42 |
| 12/27/2024 | 7 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 1/27/2025 | 8 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 2/27/2025 | 9 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 3/27/2025 | 10 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 4/27/2025 | 11 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 5/27/2025 | 12 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 6/27/2025 | 13 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 7/27/2025 | 14 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 8/27/2025 | 15 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 9/27/2025 | 16 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 10/27/2025 | 17 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 11/27/2025 | 18 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 12/27/2025 | 19 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 1/27/2026 | 20 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 2/27/2026 | 21 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 3/27/2026 | 22 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 4/27/2026 | 23 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 5/27/2026 | 24 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 6/27/2026 | 25 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 7/27/2026 | 26 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 8/27/2026 | 27 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 9/27/2026 | 28 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | 731.58 | | 348.42 |
| 10/27/2026 | 29 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | 23 at | 731.58 | 29 at | 348.42 |
| 11/27/2026 | 30 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 12/27/2026 | 31 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 1/27/2027 | 32 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 2/27/2027 | 33 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 3/27/2027 | 34 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 4/27/2027 | 35 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 5/27/2027 | 36 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 6/27/2027 | 37 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 7/27/2027 | 38 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | 1,080.00 |
| 8/27/2027 | 39 | $0.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | 10 at | 1,080.00 |
| 9/27/2027 | 40 | $1,079.21 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | 1 at | 0.79 |
| 10/27/2027 | 41 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 11/27/2027 | 42 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 12/27/2027 | 43 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 1/27/2028 | 44 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 2/27/2028 | 45 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 3/27/2028 | 46 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 4/27/2028 | 47 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 5/27/2028 | 48 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 6/27/2028 | 49 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 7/27/2028 | 50 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 8/27/2028 | 51 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 9/27/2028 | 52 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 10/27/2028 | 53 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 11/27/2028 | 54 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 12/27/2028 | 55 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 1/27/2029 | 56 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 2/27/2029 | 57 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 3/27/2029 | 58 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 4/27/2029 | 59 | $1,080.00 | | $3,700.00 | $370.00 | | | | 50.00 | | 2,200.00 | | | | |
| 5/27/2029 | 60 | $1,080.00 | 60 at | $3,700.00 | $370.00 | | | 54 at | 50.00 | 60 at | 2,200.00 | | | | |
| **Usecured $** | | $22,679.21 | | | | | | | | | | | | | |
| **Total** | | $77,948.00 | | $222,000.00 | | | $2,500.00 | | $2,700.00 | | $132,000.00 | | $19,015.82 | | $20,904.97 |
| **Percent** | | 29% | | | | | | | | | | | PD @ 6.5% | | PD @ 10.5% |
| | | | | | | | | | | | | | $10,565.72 | | $20,904.97 |
| Liquidity Disp | | $0.00 | | | | | | | | | | | | | |