UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

KARLYLE C JONES,   Case No: 6:24-bk-02642-GER
Chapter 13

Debtor.
_____ /

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Chapter 13 Plan has been provided electronically or by United States mail on this 1th day of June, 2024, to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, Florida 32790-3450 and to all interested parties on the attached current mailing matrix.

/s/ Matthew R. Gross, J.D.
MATTHEW R. GROSS, J.D.
Florida Bar No.: 49863
Attorney for Debtor(s)
Fresh-Start.Law, P.A.
498 Palm Springs Drive Ste. 100
Altamonte Springs, FL 32701
Ph. (407) 403-5936
Fax (407) 842-7248
mrg@fresh-start.law