| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-02642-GER<br>Middle District of Florida<br>Orlando<br>Tue Jun 11 19:35:20 EDT 2024 | Affirm Inc<br>633 Folsom St Fl 7<br>San Francisco, CA 94107-3618 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit Financial Services, Inc. DBA GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Bank Of America<br>400 Christiana Road<br>Newark, DE 19702-3208 | Capital One<br>11013 W Broad St<br>Glen Allen, VA 23060-6017 |
| Cb Indigo<br>Po Box 4499<br>Beaverton, OR 97076-4499 | (p)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 | Ccb/Ikeapc<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Creditonebnk<br>Pob 98872<br>Las Vegas, NV 89193-8872 | (p)DAVE INC<br>1265 S COCHRAN AVE<br>LOS ANGELES CA 90019-2846 |
| Discover Bank<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dpt Ed/Aidv<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>955 American Lane<br>Schaumburg, IL 60173-4998 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Gm Financial<br>801 Cherry St Ste 3900<br>Fort Worth, TX 76102-6839 | Matthew R Gross<br>Fresh-Start.Law, P.A.<br>498 Palm Springs Drive Suite 100<br>Altamonte Springs, FL 32701-7849 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Iq Data International<br>Pob 2130<br>Everett, WA 98213-0130 |
| Karlyle C Jones<br>15038 Guava Bay Dr<br>Winter Garden, FL 34787-4158 | Lending Pt<br>1701 Barrett Lake Blvd<br>Kennesaw, GA 30144-4519 | Lj Ross<br>P O Box 1838<br>Ann Arbor, MI 48106-1838 |
| Nationstar Mortgage, LLC<br>c/o Quintairos, Prieto, Wood, & Boyer,PA<br>1475 Centrepark Blvd., Suite 130<br>West Palm Beach, FL 33401-7424 | NetCredit<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2948 | Netcredit<br>200 W Jackson<br>Chicago, IL 60606-6910 |

| | | |
|---|---|---|
| Ntonstmrco<br>Po Box 199111<br>Dallas, TX 75235 | Opploans/Feb<br>130 E Randolph St Ste 34<br>Chicago, IL 60601-6207 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Justin D Plean<br>Quintairos, Prieto, Wood, & Boyer, P.A.<br>1475 Centrepark Blvd<br>Suite 130<br>West Palm Beach, FL 33401-7424 | Republic/Nc<br>175 W Jackson Blvd<br>Chicago, IL 60604-2615 | (p)STATE OF MARYLAND CENTRAL COLLECTION UNIT<br>ATTN OFFICE OF THE ATTORNEY GENERAL<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201-2309 |
| Syncb/Amaz<br>Po Box 981432<br>El Paso, TX 79998-1432 | Syncb/Ctyfrn<br>P.O. Box 276<br>Dayton, OH 45401-0276 | Syncb/Jcp<br>Po Box 71729<br>Philadelphia, PA 19176-1729 |
| Syncb/Wlmrtd<br>Po Box 981127<br>El Paso, TX 79998-1127 | TransUnion<br>P.O. Box 1000<br>Chester, PA 19016-1000 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Upgradeinc<br>275 Battery Street 22nd Floor<br>San Francisco, CA 94111-3305 | Upstcustbk<br>2950 South Delaware St.<br>San Mateo, CA 94403-2577 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>DBA GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Cbw/Credfrsh<br>200 Continental Drive<br>Newark, DE 19713 | Dave/Evolv<br>1265 S. Cochran Ave<br>Los Angeles, CA 90019 |
| Discover Bank<br>Po Box 15316<br>Wilmington, DE 19850 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374 | State Of Md/Ccu<br>300 W Preston St Rm 503<br>Baltimore, MD 21201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (u)NOA Filed (Docket #15) | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                  46 |