UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:24-bk-02642-GER
Karlyle C Jones ,  Chapter 13
    Debtor(s).
_____/

**NATIONSTAR MORTGAGE, LLC'S
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

COMES NOW, secured creditor, NATIONSTAR MORTGAGE, LLC ("Secured Creditor") by and through its undersigned counsel, and moves this Honorable Court for an Order denying confirmation of Debtor Karlyle C Jones' ("Debtor") Chapter 13 Plan ("Plan") filed on June 11, 2024 (ECF No. 15), and in support thereof, states:

1. Debtor filed petition under Chapter 13 of Title 11, United States Bankruptcy Code on May 28, 2024 and this Court has jurisdiction pursuant to 28 U.S.C. §1334.

2. Secured Creditor is the holder of a first priority note and recorded mortgage for Debtor's real property located at 15038 Guava Bay Drive, Winter Garden, Florida 34787 (hereinafter the "Property").

3. Debtor's Plan treats Secured Creditor by curing $781.58 in pre-petition arrears to the Trustee and maintaining the regular post-petition payment of $2,200.00 to the Trustee.

4. Secured Creditor objects to the Plan because the actual amount of pre-petition arrears is approximately $18,149.33.

5. Secured Creditor will timely file its proof of claim by the bar date.

6. Debtor's Plan, as proposed, improperly impairs Secured Creditor's interest by failing to treat the actual amount of pre-petition arrears.

**WHEREFORE,** Secured Creditor prays this Court deny confirmation of the Plan, and for such other and further relief as this Court may deem just and proper.

Date: June 20, 2024   Respectfully Submitted,

/s/ Justin Plean
Justin D. Plean, Esq.
Attorney for Secured Creditor
Quintairos, Prieto, Wood & Boyer, P.A.
1475 Centrepark Blvd # 130
West Palm Beach, FL 33401
Phone: (561) 686-1880
Fl. Bar No. 113887
E-mail: justin.plean@qpwblaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                Case No. 6:24-bk-02642-GER

Karlyle C Jones,                                                            Chapter 13

Debtor(s).
_____/

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that I have caused to be served a copy of the foregoing Objection to Confirmation of Debtor's Chapter 13 Plan, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: <u>June 20, 2024</u>                                                           <u>/s / Justin Plean</u>
                                                                                                      Justin D. Plean, Esq.
                                                                                                      Fl. Bar No. 113887

Copies Furnished To:

<u>By CM/ECF Receipt</u>

Matthew R Gross
Fresh-Start.Law, P.A.
498 Palm Springs Drive Suite 100
Altamonte Springs, FL 32701
E-mail: mrg@fresh-start.law

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790
E-mail: ecfdailysummary@c13orl.com

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
E-mail: USTP.Region21.OR.ECF@usdoj.gov

<u>By Mail:</u>

Karlyle C Jones
15038 Guava Bay Dr
Winter Garden, FL 34787