Certificate Number: 13858-FLM-DE-038519043

Bankruptcy Case Number: 24-02642



13858-FLM-DE-038519043

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 28, 2024</u>, at <u>8:29</u> o'clock <u>PM EDT</u>, <u>Karlyle C Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:  <u>May 28, 2024</u>

By:  <u>/s/Seleste Muniz</u>

Name:  <u>Seleste Muniz</u>

Title:  <u>Counselor</u>