**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:

KARLYLE C JONES,  Case No.: 6:24-bk-02642-GER
 Chapter 13

Debtor.
_____/

## MOTION FOR WAGE DEDUCTION ORDER

Debtor, KARLYLE C JONES (the "Debtor"), requests entry of an order directing Debtor's employer to deduct and send a portion of future wages to the Chapter 13 Trustee, Laurie K. Weatherford, and states:

1. Debtor filed this Chapter 13 bankruptcy case on May 28, 2024.

2. Debtor, with social security number ending in 5715, is employed by

    Northrop Grumman Systems Corporation,

    8710 Freeport Parkway, Suite 1-A,

    Irving, TX 75063-2577 ("Employer").

3. Debtor requests Employer deduct $1,886.50 per pay period from future wages and send the deducted amounts to the Chapter 13 Trustee each pay period until further order of this Court.

WHEREFORE, Debtor respectfully requests that the Court enter an order directing Employer to deduct and send a portion of future wages to the Chapter 13 Trustee and for such further relief as the Court deems appropriate.

Dated: <u>December 17, 2024</u>.

          Respectfully submitted,

          <u>/s/ KARLYLE C JONES</u>
          KARLYLE C JONES
          Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection is being served upon the following interested party, electronically or by United States regular mail to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790-3450 on this the <u>17th</u> day of December, 2024.

          <u>/s/ MATTHEW R. GROSS, J.D.</u>
          MATTHEW R. GROSS, J.D.
          Florida Bar No.: 49863
          Attorney for Debtor(s)
          Fresh-Start.Law, P.A.
          498 Palm Springs Drive Ste. 100
          Altamonte Springs, FL 32701
          Telephone: (407) 403-5936
          Facsimile: (407) 842-7248
          mrg@fresh-start.law