UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:  Case No:   6:24-bk-02642-GER

KARLYLE C JONES

Debtor   /   Chapter 13

## Notice of Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed December 16, 2024 (Document No. 24).

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 18th day of December, 2024.

**Debtor** - Karlyle C Jones, 15038 Guava Bay Dr, Winter Garden, FL  34787

**Debtor's Attorney -** Matthew R Gross, Fresh-Start Law, 498 Palm Springs Dr, Ste 100, Altamonte Springs, FL  32701

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com