# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                                                          Case No:     6:24-bk-02642-GER

**KARLYLE C JONES**

                                                                Debtor  /        Chapter 13

## Notice of Increase in Plan Payments

*This notice supersedes any previous notices filed*

This notice is occasioned by **a Notice of Mortgage Payment Change from Mortgage Research Center, LLC D/B/A Veterans United Home Loans** (filed 4/07/2025). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: May 2025**

|  | Former | New |  |
|---|---|---|---|
| Payment | $2,602.11 | $2,613.05 |  |
| Increase |  | $10.94 |  |
| Additional Trustee Fee |  | $1.22 |  |
| **Your payment to the trustee** | $3,773.00 | $3,785.16 | **(5/2025 - 5/2029)** |

If you have made one or more payments which are after the effective date of this change, you **MUST,** in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 11th day of April, 2025.

**Debtor** - Karlyle C Jones, 15038 Guava Bay Dr, Winter Garden, FL 34787
**Attorney** - Matthew R Gross, Fresh-Start Law, 498 Palm Springs Dr, Ste 100, Altamonte Springs, FL 32701

                                                        **BY:  /S/  LAURIE K. WEATHERFORD**
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com